# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES R. MARRIOTT,**

        **Plaintiff,**

    **v.**                                                                            **Case No. 04-C-945**

**OPES GROUP, MULTI-NATIONAL**
**STRATEGIES, STEVE PARKER, JOHN RAABE,**
**JAMES LANDIS, and MICHAEL SCHWARTZ,**

        **Defendants.**

## DECISION AND ORDER

On December 15, 2005, the Court entered an order denying a motion to compel arbitration filed by the defendants Multi-National Strategies, LLC, Michael Schwartz, and John Raby. Those parties have filed an appeal of that order. In light of that pending appeal, they now move this Court to stay all proceedings, including discovery, in this forum until the Court of Appeals has reviewed the decision denying arbitration. The motion to stay proceedings is unopposed and will be granted.

After the filing of the motion to stay, all of the parties submitted a stipulation to amend the Court's scheduling order. Insofar as the Court has granted the motion to stay, it would be improvident to amend the scheduling order before the Court of Appeals renders a

decision on the issue before it. Thus, the Court, for the time being, will not address the submitted stipulation, but will take it up for consideration after the appeal has been heard.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Defendants Multi-National Strategies, LLC, Michael Schwartz and John Raby's Rule 7.4 Expedited Non-Dispositive Motion to Stay All District Court Proceedings Pending Appeal of Decision to Deny Motion to Compel Arbitration (Docket No. 116) is **GRANTED**.

Dated at Milwaukee, Wisconsin this 30th day of January, 2006.

>BY THE COURT
>
>s/ Rudolph T. Randa
>**Hon. Rudolph T. Randa**
>**Chief Judge**