UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAMES R. MARRIOTT,**

       **Plaintiff,**

       **V.**        Case No. **04-C-945**

**OPES GROUP,**
**MULTI-NATIONAL STRATEGIES,**
**STEVE PARKER,**
**JOHN RABY,**
**JAMES LANDIS, and**
**MICHAEL SCHWARTZ,**

       **Defendants.**

---

### ORDER DISMISSING DEFENDANT

---

The motion of plaintiff James R. Marriott and defendant Steve Parker to dismiss Steve Parker pursuant to Fed. R. Civ. P. 41(a)(2) from this action, with prejudice, and without costs to either party is GRANTED. Defendant Steve Parker is hereby DISMISSED WITH PREJUDICE.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2006.

       **SO ORDERED,**

       **s/ Rudolph T. Randa**
       **HON. RUDOLPH T. RANDA**
       Chief Judge