AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**JAMES R. MARRIOTT,**

        Plaintiff,

    V.                CASE NUMBER: **04-C-945**

**OPES GROUP, LLC, et al.**,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff James R. Marriott and against the defendant Opes Group, LLC in the sum of $2,654,755.00.**
**This action is hereby dismissed as to this defendant.**

    **March 15, 2007**                      **JON W. SANFILIPPO**
Date                                      Clerk

                                            s/ Linda M. Zik
                                            (By) Deputy Clerk